# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Fidel Gallardo-Romero,   Civil No. 12-1164 (JNE/SER)

    Petitioner,

v.   **ORDER**

Eric Holder,
U.S. Attorney General,

Janet Napolitano,
Secretary of Homeland Security,

John Morton,
U.S. ICE Director for Minnesota, and

JOEL L. BROTT,
Sherburn County Sheriff or Warden, Center of
Immigration Detention,

    Respondents.

---

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 3), be **DENIED AS MOOT**;

2. Petitioner's motion for appointment of counsel, (Docket No. 2), be **DENIED AS MOOT**; and

3. This action be **DISMISSED WITHOUT PREJUDICE**.


Dated: September 10, 2012        s/Joan N. Ericksen
                                                Joan N. Ericksen
                                                U.S. District Judge